UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-186-JAD-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| BRENNEN CHASE, | |
| Defendant. | |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for BRENNEN CHASE.

DATED this __8th__ day of August 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE