# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BRENNEN GERHETT CHASE,<br><br>   Defendant. | Case No. 2:17-cr-00186-JAD-NJK<br><br>ORDER |

  Pending before the Court is the United States' motion to compel reciprocal discovery. Docket No. 41. The Court has considered the United States' motion, Defendant's response, and the United States' reply. Docket Nos. 41, 46, 47.

  The United States asks the Court to compel Defendant to produce reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A) and/or Federal Rule of Criminal Procedure 17. Docket No. 41 at 2, 5 n.2. The United States submits that Defendant has obtained subpoenas for "documents and other tangible items," and asks the Court to either order Defendant to produce the subpoenas or to unseal the subpoenas. *Id*. at 3.

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED** that the United States' motion is **GRANTED** in part and **DENIED** in part. Docket No. 41.

**IT IS FURTHER ORDERED** that the United States' request for reciprocal discovery is **GRANTED**.

**IT IS FURTHER ORDERED** that the subpoenas the Court issued under Fed.R.Crim.P. 17 are **UNSEALED**. Docket Nos. 25, 35, 44.[1]

**IT IS FURTHER ORDERED** that, in compliance with Fed.R.Crim.P. 17(c)(1), counsel for the United States may inspect the items that were produced in response to Defendant's subpoenas in the Clerk's Office, where the items were produced.

**IT IS FURTHER ORDERED** that the United States' request for exclusion of the items produced in response to the subpoenas is **DENIED**.

IT IS SO ORDERED.

DATED: January 24, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Defendant's motions, however, shall remain under seal.